435 A.2d 177

**COMMONWEALTH of Pennsylvania**

v.

**Raymond L. BARBER, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1981.

Decided Oct. 8, 1981.

Norman J. Barilla, William M. Panella, New Castle, for appellant.

Donald E. Williams, Dist. Atty., New Castle, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Lawrence County is affirmed.